UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0244 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the court order officials at the Sacramento County Jail to assist plaintiff in completing his application to proceed in forma pauperis. Since plaintiff has already been granted in forma pauperis status in this case, his motion (ECF No. 10) is denied.

Dated: May 15, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hume0244.ifp