1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JON HUMES,                          No.  2:18-cv-0244 TLN CKD P

12              Plaintiff,

13        v.                             ORDER

14   STATE OF CALIFORNIA, et al.,

15              Defendants.

16

17        On July 10, 2018 defendant Baccara filed a motion to dismiss.  Plaintiff has not opposed

18   the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date

19   of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-

20   opposition.  Failure to comply with this order will result in dismissal of this action pursuant to

21   Federal Rule of Civil Procedure 41(b).

22   Dated:  August 14, 2018

23                                        _____

CAROLYN K. DELANEY
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

27   1
     hume0244.osc
28

                                              1